**SCHOEMAN UPDIKE KAUFMAN & GERBER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/21

Steven Gerber
Christopher M. McFadden
212.661.5030 main
973.256.9000 main
212.687.2123 facsimile
sgerber@schoeman.com
cmcfadden@schoeman.com

February 23, 2021

**Via ECF**

Hon. Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

*[Handwritten annotation dated 2/26/2021: For substantially the reasons stated in the motion to dismiss and articulated in the opposition to the motion to dismiss, the complaint is not going to be dismissed. A short opinion will issue in the next few weeks, but you may as well get on with discovery. Stay denied.]*

RE: Securitas Electronic Security, Inc. v. Bruce DeBon, et al.
Case No. 1:20-cv-05323 (CM)
Our File No. 6181.0004

Dear Judge McMahon:

Our firm represents Plaintiff Securitas Electronic Security, Inc. ("Plaintiff" or "SES") and Third-Party Defendant Felix Gonzales ("Gonzales") (collectively, SES and Gonzales are referred to as the "SES Parties") in the above-referenced matter. We respectfully submit this letter in opposition to Defendant/Third-Party Plaintiff Bruce DeBon's ("DeBon") letter-motion requesting a stay of discovery until DeBon's motion of dismiss pursuant to Rule 12(c) is decided (Dkt. 38).

The SES Parties are confident that all of their claims will survive DeBon's motion to dismiss. Furthermore, DeBon has asserted related third-party claims against Gonzales as well as counterclaims against SES, none of which are at issue in the motion to dismiss. Therefore, we do not believe the pendency of the motion is a valid basis upon which to stay discovery. Such a stay would serve only to delay the progress of the case.