```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITAS ELECTRONIC SECURITY,      :
INC.,
                                    :
        Plaintiff,
                                    :           ORDER
            v.
                                    :       20-CV-5323 (CM) (KNF)
BRUCE DEBON,
                                    :
        Defendant.
------------------------------------------------------X
BRUCE DEBON,                        :

        Third-Party Plaintiff,      :

            v.                      :

FELIX GONZALEZ,                     :

        Third-Party Defendant.      :
------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Non-party Jeffrey Management Corp.'s letter-motion requesting permission to move to quash a subpoena or for a protective order, Docket Entry No. 44, is granted. The parties' letter-motion for an extension of deadlines for pretrial activities, Docket Entry No. 47, is granted. Jeffrey Management Corp shall make its motion no later than September 10, 2021, any response to the motion shall be made no later than September 17, 2021, and any reply shall be made no later than September 21. Memoranda of law in support and in opposition to the motion shall be no longer than ten double-spaced pages and any reply memorandum of law shall be no longer

than five double-spaced pages.

Dated: New York, New York
      September 3, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE